# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals Fifth Circuit
**FILED**
October 15, 2025
Lyle W. Cayce
Clerk

No. 24-30794

Kelly Taylor,

　　　　　　　　　　　　　　　　　*Plaintiff—Appellee*,

versus

Ochsner Clinic Foundation, *doing business as* Ochsner Medical Center,

　　　　　　　　　　　　　　　　　*Defendant—Appellant*.

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:24-CV-1872

## JUDGMENT

Before Jones, Duncan, and Douglas, *Circuit Judges*.

　　This cause was considered on the record on appeal and the briefs on file.

　　IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the case is REMANDED to proceed in federal court.

　　IT IS FURTHER ORDERED that appellee pay to appellants the costs on appeal to be taxed by the Clerk of this Court.

No. 24-30794

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.

**Certified as a true copy and issued as the mandate on Nov 05, 2025**

**Attest:** *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**