UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KELLY TAYLOR                                          CIVIL ACTION

VERSUS                                               NO: 24-1872

OCHSNER CLINIC FOUNDATION d/b/a                      SECTION: N/2
OCHSNER MEDICAL CENTER and
DR. ANDREW MATTHEWS

**ORDER**

Before the Court is defendant Ochsner Clinic Foundation's ("Ochsner") Ex Parte Motion Regarding Magistrate Judge's Order and Ochsner's Deadline for Response to the Third Amended Complaint.[1] A review of the record indicates that the Magistrate Judge recently permitted the filing of Plaintiff's Third Amended Complaint.[2]  In its motion, Ochsner requests that the previously filed Motion to Dismiss[3] filed in response to the Second Amended Complaint be made applicable to the newly filed Third Amended Complaint.[4] Ochsner states that the Motion to Dismiss was already fully briefed and the changes in the Third Amended Complaint were already addressed in the motion.

Accordingly,

---

[1] Rec. Doc. 75.
[2] Rec. Doc. 74.
[3] Rec. Doc. 57.
[4] Rec. Doc. 75.

**IT IS HEREBY ORDERED** that Ochsner's motion is **GRANTED**. The pending Motion to Dismiss shall be made applicable to the Third Amended Complaint and Ochsner is relieved of filing a responsive pleading to the Third Amended Complaint pending a ruling on the Motion to Dismiss.

New Orleans, Louisiana, this 16th day of June 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE